# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| MARILYN A. COOPER, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. CIV-07-297-RAW |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On March 6, 2009, Magistrate Judge Shreder entered his Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 2nd day of April, 2009.

**Dated this 2nd Day of April 2009.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0